**Fill in this information to identify the case:**

Debtor name: Gambino Capital, LLC

United States Bankruptcy Court for the: Eastern District of Louisiana

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor **Gambino Capital, LLC**　　　　　　　　　　　　　　　　　　　　　Case number *(if known)* _____
　　　　　Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>A-1 Patios, Gutters N More, LLC<br>Mr. Josiah Faust<br>60068 Christa Dr<br>Slidell, LA 70460-6530<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>❏ Contingent<br>❏ Unliquidated<br>❏ Disputed<br><br>Basis for the claim: **31686 River Pines, Springfield, LA (Joint Venture)**<br><br>Is the claim subject to offset?<br>☑ No<br>❏ Yes | unknown |
| **3.2** **Nonpriority creditor's name and mailing address**<br>American Express<br>PO Box 297871<br>Fort Lauderdale, FL 33329<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number  1  0  0  0 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>❏ Contingent<br>❏ Unliquidated<br>❏ Disputed<br><br>Basis for the claim: **Credit Card**<br><br>Is the claim subject to offset?<br>☑ No<br>❏ Yes | $846.00 |
| **3.3** **Nonpriority creditor's name and mailing address**<br>Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number  6  4  1  8 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>❏ Contingent<br>❏ Unliquidated<br>❏ Disputed<br><br>Basis for the claim: **Credit Card**<br><br>Is the claim subject to offset?<br>☑ No<br>❏ Yes | $22,156.00 |
| **3.4** **Nonpriority creditor's name and mailing address**<br>Demco Co-op<br>16262 Wax Rd<br>Greenwel Spgs, LA 70739-4964<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number  8  4  2  7 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>❏ Contingent<br>❏ Unliquidated<br>❏ Disputed<br><br>Basis for the claim: **Utility Service**<br><br>Is the claim subject to offset?<br>☑ No<br>❏ Yes | $233.00 |

Debtor **Gambino Capital, LLC**      Case number *(if known)* _____
      Name

## Part 2: Additional Page

### 3.5 Nonpriority creditor's name and mailing address
River Pines Plantation POA

31593 River Pines Dr

Springfield, LA 70462-8885

Date or dates debt was incurred _____

Last 4 digits of account number   7   3   9   2

**As of the petition filing date, the claim is:** $110.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monthly Assessments

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.6 Nonpriority creditor's name and mailing address
SilentX Radio, Inc.

c/o Jason Smith

503 Woodberry Pl

Decatur, GA 30034-5554

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 146 Elodie Street, Harahan, LA (Joint Venture)

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.7 Nonpriority creditor's name and mailing address
Tru Consulting & Contractors, LLC

19295 N 3rd St Ste 4

Covington, LA 70433-8897

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor __**Gambino Capital, LLC**__         Case number *(if known)* _____
     Name

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Geaux Mobile Notary, LLC**<br>**4459b Bluebonnet Blvd**<br>**Baton Rouge, LA 70809-9639** | Line **3.7**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor     **Gambino Capital, LLC**_____    Case number *(if known)* _____
        Name

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $23,345.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $23,345.00 |

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 5 of 5