Fill in this information to identify the case:

Debtor name: **Gambino Capital, LLC**

United States Bankruptcy Court for the: **Eastern** District of **Louisiana**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Gambino, Geno | 213 Valiant Ln — Street<br>Slidell, LA 70458-9103 — City / State / ZIP Code | Lake City Servicing | ☑ D<br>☐ E/F<br>☐ G |
| | | | Demco Co-op | ☐ D<br>☑ E/F<br>☐ G |
| | | | River Pines Plantation POA | ☐ D<br>☑ E/F<br>☐ G |
| | | | American Express | ☐ D<br>☑ E/F<br>☐ G |
| | | | Chase Card Services | ☐ D<br>☑ E/F<br>☐ G |
| | | | SilentX Radio, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| | | | A-1 Patios, Gutters N More, LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | | Tru Consulting & Contractors, LLC | ☐ D<br>☑ E/F<br>☐ G |

Debtor  **Gambino Capital, LLC**　　　　　　　Case number (if known) _____
　　　　　Name

### Additional Page if Debtor Has More Codebtors

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.2 | Gambino, Patricia | 213 Valiant Ln — Street<br>Slidell, LA 70458-9103 — City / State / ZIP Code | Lake City Servicing | ☑ D<br>☐ E/F<br>☐ G |
| | | | Demco Co-op | ☐ D<br>☑ E/F<br>☐ G |
| | | | River Pines Plantation POA | ☐ D<br>☑ E/F<br>☐ G |
| | | | American Express | ☐ D<br>☑ E/F<br>☐ G |
| | | | Chase Card Services | ☐ D<br>☑ E/F<br>☐ G |
| | | | SilentX Radio, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| | | | A-1 Patios, Gutters N More, LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | | Tru Consulting & Contractors, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | _____ | Street<br>City / State / ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street<br>City / State / ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | _____ | Street<br>City / State / ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor  **Gambino Capital, LLC**  Case number (if known) _____
      Name

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | | _____ | ☐ D |
| | _____ Street | | | ☐ E/F |
| | _____ | | | ☐ G |
| | City    State    ZIP Code | | | |