**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Louisiana**

IN RE:  GAMBINO CAPITAL, LLC  CASE NO.

CHAPTER 7

## RESOLUTION OF GAMBINO CAPITAL, LLC AND STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, *Geno Gambino*, declare under penalty or perjury that I am the Member/Manager of Gambino Capital, LLC and that the following is a true and correct copy of the resolutions adopted by the Members/Managers of said limited liability company at a special meeting duly called and held on the 31st day of July, 2023.

"Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Geno Gambino, Member/Manager of this Limited Liability Company is authorized and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that Geno Gambino, Member/Manager of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case.

Date: July 31, 2023  Signed: *s/Geno Gambino*
  Geno Gambino
  Member Manager
  Gambino Capital, LLC