| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Gambino Capital, LLC** <br> Name | EIN **85–4398802** |
| United States Bankruptcy Court **Eastern District of Louisiana** <br> Case number: **23–11249 Section A Office Code: 2** | | Date case filed for chapter **7  7/31/23** |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | Gambino Capital, LLC | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | fdba Dream Investors, LLC | |
| 3. | **Address** | 213 Valiant Ln <br> Slidell, LA 70458–9103 | |
| 4. | **Debtor's attorney** <br> Name and address | Wayne M. Aufrecht <br> Wayne M Aufrecht, LLC <br> 417 W 21st Ave <br> Covington, LA 70433 | Contact phone 985–893–3361 |
| 5. | **Bankruptcy trustee** <br> Name and address | Barbara Rivera–Fulton <br> P.O. Box 19980 <br> New Orleans, LA 70179 | Contact phone (504) 402–1220 |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court <br> Eastern District of Louisiana <br> Hale Boggs Federal Building <br> 500 Poydras Street, Suite B–601 <br> New Orleans, LA 70130 | Hours open: <br> 8:30 – 4:30 Monday – Friday <br><br> Contact phone 504 589–7878 <br><br> Date: 8/1/23 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **September 8, 2023 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br> At the meeting, the trustee may give oral notice of an intention to abandon estate property. <br> Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors? social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting. If you have any questions or concerns, please contact your attorney or the bankruptcy case trustee (see box 5). | Location: <br><br> **Telephone Conference** <br> Trustee: <br><br> Barbara Rivera–Fulton <br> Call In Number: 877–772–3944 <br> Call In Passcode: 2951486 |
| | **Debtor(s) must inform the court of any change of address as long as this case or any related adversary proceeding is pending. B. R. 4002. Failure to do so may result in dismissal of the case.** | | |
| 8. | | | |

| | | |
|---|---|---|
| **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **1**

United States Bankruptcy Court

Eastern District of Louisiana

| | |
|---|---|
| In re: | Case No. 23-11249-MSG |
| Gambino Capital, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 01, 2023 | Form ID: 309C | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gambino Capital, LLC, 213 Valiant Ln, Slidell, LA 70458-9103 |
| 3979543 | A-1 Patios, Gutters N More, LLC, Mr. Josiah Faust, 60068 Christa Dr, Slidell, LA 70460-6530 |
| 3979546 | Demco Co-op, 16262 Wax Rd, Greenwel Spgs, LA 70739-4964 |
| 3979547 | Geaux Mobile Notary, LLC, 4459b Bluebonnet Blvd, Baton Rouge, LA 70809-9639 |
| 3979548 | Geno Gambino, 213 Valiant Ln, Slidell, LA 70458-9103 |
| 3979549 | Lake City Servicing, 701 E Front Ave Ste 201, Coeur D Alene, ID 83814-4914 |
| 3979550 | Patricia Gambino, 213 Valiant Ln, Slidell, LA 70458-9103 |
| 3979551 | River Pines Plantation POA, 31593 River Pines Dr, Springfield, LA 70462-8885 |
| 3979552 | SilentX Radio, Inc., c/o Jason Smith, 503 Woodberry Pl, Decatur, GA 30034-5554 |
| 3979553 | Tru Consulting & Contractors, LLC, 19295 N 3rd St Ste 4, Covington, LA 70433-8897 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: wayne@northshorefirm.com | Aug 01 2023 19:02:00 | Wayne M. Aufrecht, Wayne M Aufrecht, LLC, 417 W 21st Ave, Covington, LA 70433 |
| tr | + | EDI: BBRIVERAFULTON.COM | Aug 01 2023 22:57:00 | Barbara Rivera-Fulton, P.O. Box 19980, New Orleans, LA 70179-0980 |
| smg | ^ | MEBN | Aug 01 2023 18:58:27 | Collector of Revenue, City of New Orleans, Department of Finance, 1300 Perdido Street, RM 1W15, New Orleans, LA 70112-2128 |
| smg | | EDI: LADOR | Aug 01 2023 22:57:00 | Louisiana Department of Revenue, Collection Division/Bankruptcy Section, P. O. Box 66658, Baton Rouge, LA 70896-6658 |
| smg | + | Email/Text: bankruptcy_bpc@lwc.la.gov | Aug 01 2023 19:03:00 | Louisiana Workforce Commission, UI Tax Liability and Adjudications, Attn: Bankruptcy Unit, 1001 N. 23rd Street, Baton Rouge, LA 70802-3338 |
| smg | | Email/Text: USALAE.Bankruptcy@usdoj.gov | Aug 01 2023 19:02:00 | U. S. Attorney's Office, Eastern District of Louisiana, 650 Poydras Street, Suite 1600, New Orleans, LA 70130-7212 |
| ust | + | Email/Text: ustpregion05.nr.ecf@usdoj.gov | Aug 01 2023 19:03:00 | Office of the U.S. Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130-3238 |
| 3979544 | + | Email/PDF: bncnotices@becket-lee.com | Aug 01 2023 19:11:46 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 3979545 | | EDI: JPMORGANCHASE | Aug 01 2023 22:57:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |

TOTAL: 9

| District/off: 053L-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 01, 2023 | Form ID: 309C | Total Noticed: 19 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 03, 2023     Signature:     /s/Gustava Winters